IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BALISLE & ROBERSON, S.C.,

    Plaintiff,                                 JUDGMENT IN A CIVIL CASE

  v.                                          Case No. 14-cv-832-wmc

RONALD A. SYMDON,

    Defendant.

---

    This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that the bankruptcy court's order is vacated and the case is remanded to the bankruptcy court for further proceedings.

| s/V. Olmo, Deputy Clerk | 5/10/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |